# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- | ) |
| | ) |
| Williams Building Company, Inc. | )    ASBCA No. 60196 |
| | ) |
| Under Contract No. N40085-10-D-9452 | ) |

APPEARANCE FOR THE APPELLANT:      Kevin M. Cox, Esq.
                                                  Camardo Law Firm, P.C.
                                                  Auburn, NY

APPEARANCES FOR THE GOVERNMENT:      Ronald J. Borro, Esq.
                                                  Navy Chief Trial Attorney
                                                  Rawn M. James, Jr., Esq.
                                                    Trial Attorney

## OPINION BY ADMINISTRATIVE JUDGE O'CONNELL

It is the Board's decision, pursuant to 41 U.S.C. §§ 7105(e), 7108(b), and the parties' stipulation and agreement, that the appeal is sustained. In the nature of a consent judgment, the Board makes a monetary award to appellant in the amount of $150,000. This amount is inclusive of interest. No further interest shall be paid.

Dated: 5 October 2017

                                             MICHAEL N. O'CONNELL
                                             Administrative Judge
                                             Armed Services Board
                                             of Contract Appeals

I concur

RICHARD SHACKLEFORD
Administrative Judge
Acting Chairman
Armed Services Board
of Contract Appeals

I concur

OWEN C. WILSON
Administrative Judge
Vice Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Opinion and Decision of the Armed Services Board of Contract Appeals in ASBCA No. 60196, Appeal of Williams Building Company, Inc., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals